Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

_____ Division

18 U.S. Code Chapter 96 Part I - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

PERU MCCARRA )
)
) Case No. 1:25-CV-991 (GTS/TWD)
) *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, ) Jury Trial: *(check one)* ☑ Yes ☐ No
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
SHEILA ANN SHERIDAN, MAUREEN ALICE SHERIDAN CHIARAMONTE, GERARD MANEY, SAMUEL JAMES BETTER, )
JOHN ANTHONY CHIARAMONTE, JOHN B CHIARAMONTE, JESSICA SHERIDAN CHIARAMONTE, JOSEPH CHIARAMONTE, )
FRANK W LANG, Matthew Joseph Mann, ROGER DERMOTT MCDONOUGH, LAWRENCE MICHAEL MACKEY, )
LEAH CASEY, ADRIANA D ANDERSON, LOUIS DEJOY, LUCIAN PITU, MICHAEL NATHAN KING, YEN HUYNH, )
LETITIA JAMES, KATHY HOCHUL, KATHY SHEEHAN, ERIC HAWKINGS, DAVID SOARES, WILLIAM G KELLY, )
ANTHONY MANCINO, JILL KEHN, RICHARD RIVERA, SHERRI BROOKS-MORTON, JILL FAISON, MONICA DUFFY, )
CHINA JONAS, JASMINE WHITBECK, LAWRENCIA COLON, MICHAEL S MONTELEONE, WILLIAM M RICE, CRAIG APPLE )
ROBERT EVERS, KERRY B THOMPSON, LEON A BORMANN, JEAN FREEDMAN )
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 2 5 2025
AT\_\_\_\_\_ O'CLOCK\_\_\_\_\_
John M. Domurad, Clerk - Albany

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PERU MCCARRA |
| Street Address | 20 DANKER AVENUE |
| City and County | ALBANY |
| State and Zip Code | NEW YORK, 12206 |
| Telephone Number | 518-390-3385 |
| E-mail Address | pmccarra@sva.edu |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | SHEILA ANN SHERIDAN |
| Job or Title *(if known)* | N/A |
| Street Address | 20 DANKER AVENUE |
| City and County | ALBANY |
| State and Zip Code | NEW YORK, 12206 |
| Telephone Number | 518-221-3542, 518-816-2192, 518-458-9512 |
| E-mail Address *(if known)* | n/a |

**Defendant No. 2**

| | |
|---|---|
| Name | MAUREEN ALICE SHERIDAN CHIARAMONTE |
| Job or Title *(if known)* | UNEMPLOYED |
| Street Address | 131 OLD NISKAYUNA RD |
| City and County | ALBANY |
| State and Zip Code | NEW YORK, 12211 |
| Telephone Number | 518-785-3150, 518-441-6325 |
| E-mail Address *(if known)* | mscchiaramonte12@aim.com |

**Defendant No. 3**

| | |
|---|---|
| Name | GERARD E MANEY |
| Job or Title *(if known)* | censured lawyer, convict DWAI registration number: 1775238 |
| Street Address | 14 Sky Hollow Dr |
| City and County | MENANDS |
| State and Zip Code | NEW YORK, 12204 |
| Telephone Number | 518-462-0300 |
| E-mail Address *(if known)* | gem@girvinlaw.com |

**Defendant No. 4**

| | |
|---|---|
| Name | SAMUEL JAMES BETTER |
| Job or Title *(if known)* | sanctioned lawyer, registration number: 5414354; (lawyer ISLN number: 1000416338) |
| Street Address | 350 northern blvd albany ny |
| City and County | Albany |
| State and Zip Code | New York |
| Telephone Number | 12204 |
| E-mail Address *(if known)* | sjbetter@sjbetterlaw.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

SHEILA ANN SHERIDAN, MAUREEN ALICE SHERIDAN CHIARAMONTE, GERARD E MANEY, ET AL CONSPIRED/ENABLED/AIDED/ AND/ OR ABETTED IN COMMITTING FEDERAL OFFENSE OF 18 U.S. Code § 1708 - Theft or receipt of stolen mail matter gen erally.  BEGINNING IN 2022 AND CONTINUING IN 2025, ALL DEFENDANTS FRAUDULENTLY TAMPERED WITH MY MAIL AND/OR UNLAWFULLY MISREPRESENTED/FRAUDED MY ADDRESS. DEFENDANTS CRIMES ARE CONTINUAL/ONGOING INTO 2026

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

18 U.S. Code Chapter 96 Part I - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
SHEILA ANN SHERIDAN, MAUREEN ALICE SHERIDAN CHIARAMONTE, GERARD E MANEY,
ET AL CONSPIRED/ENABLED/AIDED/ AND/ OR ABETTED IN COMMITTING FEDERAL OFFENSE OF
18 U.S. Code § 1708 - Theft or receipt of stolen mail matter gen  erally. BEGINNING IN 2022 AND
CONTINUING IN 2025, ALL DEFENDANTS FRAUDULENTLY TAMPERED WITH MY MAIL AND/OR
UNLAWFULLY
MISREPRESENTED/FRAUDED/ENABLED IN FRAUDING MY ADDRESS. DEFENDANTS CRIMES ARE CONTINUAL/ONGOING INTO 2026

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I COMPEL THE NORTHERN DISTRICT COURT TO IMPLEMENT AND GRANT A RESTRAINING ORDER AGAINST DEFENDANTS FROM POSSESSING MY MAIL WITHOUT MY CONSENT/ AND/OR BEING DEMANDED TO BE RESTRAINED FROM MISREPRESENTING, COMMITTING PERJURY, AND OR STOPPING FROM FRAUDULENTLY HANDLING MY MAIL INFORMATION BECAUSE I HAVE NEVER GIVEN CONSENT FOR THEM TO POSSESS/FRAUD/ENABLE FRAUD OF/ AND OR TAMPER WITH MY MAIL.
I ALSO COMPEL THE COURT TO GRANT
20,000 IN COMPENSATION FOR MY MAIL BEING TAMPERED/OBSTRUCTED/POSSESSED UNLAWFULLY BY DEFENDANTS.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JULY 25, 2025

Signature of Plaintiff

Printed Name of Plaintiff  PERU MCCARRA

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



