UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PERU McCARRA,

                              Plaintiff,

                                                                                    1:25-CV-0991
v.                                                                                    (GTS/TWD)

SHEILA ANN SHERIDAN, *et al.*,

                              Defendants.
_____

APPEARANCES:

PERU McCARRA
   Plaintiff, *Pro Se*
20 Danker Avenue
Albany, New York 12206

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      Currently before the Court, in this *pro se* action filed by Peru McCarra ("Plaintiff") against forty named individuals ("Defendants"), is United States Magistrate Judge Thérèse Wiley Dancks' Report-Recommendation recommending that Plaintiff's Complaint be *sua sponte* dismissed with leave to amend for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. No. 5.)  Plaintiff has not filed an Objection to the Report-Recommendation, and the time in which to do so has expired.  (*See generally* Docket Sheet.)

      After carefully reviewing the relevant papers herein, including Magistrate Judge Dancks' thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation:[1] Magistrate Judge Dancks employed the proper standards, accurately

---

[1]    When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee

recited the facts, and reasonably applied the law to those facts. As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons stated therein.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) **shall be DISMISSED with prejudice** and without further Order of this Court, **UNLESS, within THIRTY (30) DAYS** of the entry of this Decision and Order, Plaintiff files an Amended Complaint that corrects the pleading defects identified in the Report-Recommendation; and it is further

**ORDERED** that, should Plaintiff file a timely Amended Complaint, that Amended Complaint shall be returned to Magistrate Judge Dancks for her review; and it is further

**ORDERED** that, should Plaintiff continue to fail to provide the Court with an updated address as required by N.D.N.Y. Local Rule 10.1(c) (*see* Dkt. No. 5), his failure to obey the Court's rules and/or failure to diligently prosecute this action under Fed. R. Civ. P. 41(b) shall constitute an alternative ground for the dismissal of his action.

Dated: January 26, 2026
      Syracuse, New York

_____
Glenn T. Suddaby
U.S. District Judge

---

Notes: 1983 Addition. When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).